IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-94-511-CR




BRAULIO PLASENCIA,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT



NO. 93-051, HONORABLE ANTONIO CANTU, JUDGE PRESIDING


 




PER CURIAM

 Braulio Placencia seeks to appeal from a judgment of conviction for aggravated
sexual assault. The punishment is imprisonment for twenty-five years.

 Sentence was imposed in this cause on March 24, 1994. No motion for new trial
was filed. Notice of appeal was filed on September 1, 1994, four months after it was due. Tex.
R. App. P. 41(b)(1). No extension of time for filing notice of appeal was requested. Tex. R.
App. P. 41(b)(2). There is nothing in the record to indicate that notice of appeal was properly
mailed to the district clerk within the time prescribed by rule 41(b)(1). Tex. R. App. P. 4(b). 
Without a timely filed notice of appeal, this Court is without jurisdiction. Rodarte v. State, 860
S.W.2d 108 (Tex. Crim. App. 1993); Shute v. State, 744 S.W.2d 96 (Tex. Crim. App. 1988).

 The appeal is dismissed. 



Before Chief Justice Carroll, Justices Jones and Kidd;

 Chief Justice Carroll Not Participating

Appeal Dismissed

Filed: October 19, 1994

Do Not Publish